UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1454 |
| vs. | ) | ORDER |
| Brian Mitchell Edwards | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Miguel Lazaro-Sarabia

DATED: 5/28/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Peupe_
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _Rhee Rhne_
Deputy Clerk
R. Rhone