UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff                    )<br>                                 )<br>          vs.                    )<br>BRIAN                            )<br>Mitchell EDWARDS )<br>                                 )<br>    Defendant(s)                 )<br>_____) | CRIMINAL NO. 08mj1454<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**MARTIN JUAN LEON-Guerro**

DATED: 6/5/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk